# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRUCE NAI HUNG LI**<br><br>Plaintiff,<br><br>v.<br><br>**FCA US LLC a Delaware Limited Liability Corporation; and DOES 1 through 10, inclusive**<br><br>Defendant, | Case No: **2:17-cv-06290-R-JEM**<br><br>**ORDER GRANTING JOINT STIPULATION AND ORDER TO DISMISS CASE** |

## ORDER

The stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: November 5, 2019

_____
Honorable R. Gary Klausner